UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORIA MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER,<br><br>    Defendant. | CASE NO. C16-1450 RSM<br><br>STIPULATION AND MOTION TO EXTEND DISCOVERY CUTOFF TO COMPLETE DISCOVERY |

The parties to this action, by and through their counsel, jointly stipulate and respectfully request that the Court order a limited extension of the discovery cutoff to allow (1) plaintiff to respond to defendant's written discovery requests; and (2) defendant to then complete plaintiff's deposition.

1. This is an employment discrimination matter. This matter was originally filed in state court and was removed to this Court when plaintiff amended her state law complaint to add a claim under 28 U.S.C. § 1983. In that same amendment, plaintiff also added other claims against defendant as well as adding additional factual allegations in her complaint.

2. The Order Setting Trial Date and Related Dates was entered by this Court on November 18, 2016. Dkt. 14. The Court set a discovery cutoff of November 6, 2017.

STIPULATION AND MOTION TO EXTEND
DISCOVERY CUTOFF TO COMPLETE DISCOVERY - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

3.	On September 27, 2017, defendant served plaintiff with written discovery requests pertaining to her new claims in this matter as well as the additional factual allegations contained in the amended complaint. On the same day, defendant also served plaintiff with a notice of deposition. Plaintiff's responses to the written discovery were due on Friday, October 27, 2017; defendant noted plaintiff's deposition for the following Friday, November 3, 2017. (Prior to removal, defendant had deposed plaintiff, but had not completed that deposition and particularly had not inquired regarding the new claims and new facts alleged in the amended complaint.)

4.	Plaintiff and Defendant discussed the possibility of settlement. Unfortunately, the parties have been unable, at this time, to agree on material terms of a settlement. As such, Plaintiff's delay in responding was in part to see whether this matter could be resolved without further time spent on discovery. Plaintiff has requested an extension of time to respond to the written discovery until Friday, November 10, 2017, and has proposed postponing her deposition until the following Friday, November 17, 2017. Both dates are after the current discovery cutoff.

5.	Defendant is willing to postpone the discovery as requested so long as the Court provides its permission and so long as no other discovery is conducted after the cutoff.

6.	The parties have conferred with each other, and agree the Court should order the following relief:

    a.	The discovery cutoff is extended to Friday, November 17, 2017, for the sole purposes of allowing plaintiff to respond to defendant's written discovery and to allow defendant to complete its deposition of plaintiff.

    b.	Plaintiff shall respond to defendant's written discovery on or before Friday, November 10, 2017.

    c.	Plaintiff shall appear for deposition on Friday, November 17, 2017.

    d.	No other deadlines shall be altered.

STIPULATION AND MOTION TO EXTEND
DISCOVERY CUTOFF TO COMPLETE DISCOVERY - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1.     7.     The parties stipulate to entry of the order below.

DATED this  2nd  day of November, 2017.

**CHUNG, MALHAS & MANTEL, PLLC**      **HARBORVIEW MEDICAL CENTER**

By *s/ Edward C. Chung*      By *s/ Diana S. Shukis*
Edward C. Chung                              Diana S. Shukis
1511 Third Ave., Suite 1088           Victoria M. Slade
Seattle, WA  98104                     GARVEY SCHUBERT BARER
echung@cmmlawfirm.com              1191 Second Avenue, 18th Floor
Attorney for Plaintiff                    Seattle, WA  98101-2939
                                                     Phone: (206) 464-3939
                                                     Fax: (206) 464-0125
                                                     dshukis@gsblaw.com
                                                     vslade@gsblaw.com
                                                     Attorneys for Defendant

### ORDER

Based on the foregoing stipulation, and for good cause shown,

IT IS SO ORDERED this 3rd day of November 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND MOTION TO EXTEND
DISCOVERY CUTOFF TO COMPLETE DISCOVERY - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939