UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORIA MARQUEZ,

    Plaintiff,

v.

HARBORVIEW MEDICAL CENTER,

    Defendant.

NO. C16-1450 RSM

ORDER CONTINUING TRIAL DATE AND TRIAL-RELATED DATES

THIS MATTER came before the Court on the Parties' Stipulated Motion for Continuance of Trial Date and Trial-Related Dates. The Court having reviewed the Stipulated Motion, it is hereby ORDERED that the trial date and related dates are continued as follows:

| *Event* | *Original Date* | *New Date* |
| --- | --- | --- |
| **JURY TRIAL DATE** | **March 5, 2018** | **October 9, 2018** |
| Length of Trial | 10 days | 10 days |
| Mediation per CR 39.1(c)(3), **if requested by the parties**, held no later than | _____ | _____ |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter [after completion of discovery] | February 5, 2018 | September 10, 2018 |
| Agreed pretrial order due | February 21, 2018 | September 26, 2018 |

ORDER CONTINUING TRIAL DATE
AND TRIAL-RELATED DATES - 1
(CASE NO. 2:16-CV-01450-RSM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

| Event | Original Date | New Date |
|---|---|---|
| Pretrial conference to be scheduled by the Court | February 21, 2018 | TBD |
| Trial Brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | February 28, 2018 | October 3, 2018 |

Additional information and instructions provided in the Court's Order Setting Trial Date and Related Dates (Dkt. #14) remain the same.

DATED this 1st day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SPECIAL ASSISTANT ATTORNEY GENERAL

By s/ Diana S. Shukis
Diana S. Shukis, WSBA #29716
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
Email: dshukis@gsblaw.com
*Attorney for Defendant Harborview Medical Center*

GSB:9224139.1

ORDER CONTINUING TRIAL DATE
AND TRIAL-RELATED DATES - 2
(CASE NO. 2:16-CV-01450-RSM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939